**No. 62385.**—R. J. Saunders & Co., Inc. *v.* United States, protest 273176–K (New York).

Opinion by Wilson, J. It was stipulated that for duty purposes the clean content of the wool in question was determined in accordance with the instructions contained in T. D. 53159, which was issued following *United States* v. *Fred Whitaker Company, Inc.* (40 C. C. P. A. 19, C. A. D 492), and that the clean content of the merchandise herein was 73 percent. Accordingly, the wool in this case was held dutiable under paragraph 1101 (a), as modified, at the applicable rate on the basis of 73 percent of clean content.

**No. 62386.**—Cleveland Worsted Mills Co. *v.* United States, protests 293571–K, 293572–K, and 293573–K (Cleveland).

Opinion by Wilson, J. It was stipulated that for duty purposes the clean content of the wool in question was determined in accordance with the instructions contained in T. D. 53159, which was issued following *United States* v. *Fred Whitaker Company, Inc.* (40 C. C. P. A. 19, C. A. D. 492). In that case, it was held that the statutory language, clean content of wool, as used in paragraph 1102 (b), was construed to mean the product commercially usable as wool and from which all the weight of grease and foreign material has been removed, including the wool fibers which are unavoidably and irrevocably lost as a result of commercially applied cleaning processes. Accordingly, the wool in question was held dutiable at the rates applied by the collector on the basis of the percentages of clean content as set forth in the column headed "Clean Content Under (T. D. 53159)" in the schedule "A," attached to and made a part of the decision in this case.

Before the Third Division, October 21, 1958

**No. 62387.**—International Packers, Ltd., et al. *v.* United States, protests 291302-K/14789, etc. (New Orleans).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.